FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 6 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTINA L. WRIGHT,

    Plaintiff,

vs.

REVEILLE TRUCKING, INC., and
JOSE PALACIOS,

    Defendants.

No. 2:14 cv 13 JLH
**JURY TRIAL DEMANDED**

This case assigned to District Judge Holmes
and to Magistrate Judge Young

## COMPLAINT

Comes the Plaintiff, CHRISTINA L. WRIGHT, and for her Complaint against Defendants, REVEILLE TRUCKING, INC., and JOSE PALACIOS, by counsel, states and alleges as follows:

### PARTIES

1. Plaintiff, Christina L. Wright, is a resident of 3637 Snake Creek Road, Columbia, Kentucky 42728; Defendant, Reveille Trucking, Inc., is a corporate resident of 1615 Wilson Road, Harlingen, TX 78552; its Arkansas agent for service of process, per A.C.A. § 16-58-121(a),(b), is the Arkansas Secretary of State; that Defendant, Jose Palacios, is a resident of 23921 Stuart Place Road, Harlingen, TX 78552; his Arkansas agent for service of process, per A.C.A. § 16-58-121(a),(b) is the Arkansas Secretary of State; that a motor vehicle accident occurred on Wednesday, February 9, 2011 at 3:45 p.m., in which the parties were involved and in which they have an interest; that venue and jurisdiction are proper in this court as the

1

occurrence or transactions here involved arose along I-40 eastbound, two miles west of Brinkley, Arkansas, at mile marker 214 in Monroe County, Arkansas.

2. This Court has jurisdiction of the subject matter and the parties in this cause under 28 U.S.C. §1332, et seq.; the parties are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional amount required; Defendants transacted business and/or operated motor vehicles in Arkansas or are amenable to process under the Arkansas long arm statutes, inter alia, for having caused an injury in this State.

## FACTS

3. That on February 9, 2011, at or near 3:45 p.m., Plaintiff, Christina L. Wright, while driving a white 2011 Kenilworth tractor-trailer on I-40 eastbound, two miles west of Brinkley, Arkansas, was involved in a collision with a tractor-trailer owned and driven by Defendant, Reveille Trucking, Inc., and its agent, servant or employee, Jose Palacios, while acting within the course and scope of his employment with Defendant, Reveille Trucking, Inc.; the Plaintiff's vehicle was proceeding along I-40 eastbound with due care in traffic slowed by heavy snow when Defendant driver, Jose Palacios, driving too fast for the conditions present, swerved to his left to pass Plaintiff's vehicle, his trailer slid and the right side of Defendant's trailer struck the rear left corner of Plaintiff's vehicle, causing an accident and Plaintiff's injury.

4. Defendants are jointly and severally liable to Plaintiff for the following acts and omissions amounting to negligence, viz.:

    (a) Failure to exercise ordinary care under A.C.A. § 27-51-104(a), (b)(4), (6) and (8);

    (b) Failure to maintain proper control of a motor vehicle as a driver and as a CDL-licensed professional driver in direct violation of Arkansas statute, the common law rules of the

road, and applicable Federal Motor Carrier Safety Regulations, Part 392, FMCSA Regulations, viz., Part 392;

(c) Failure to maintain a proper lookout and safe interval between vehicles;

(d) Failure to brake and bring his vehicle to a stop or take evasive action to avoid the collision;

(e) Failure to yield right-of-way;

(f) Failure to drive at a safe speed under the conditions then prevailing;

(g) Following too close;

(h) Improper passing; and

(i) Failure to operate his commercial vehicle under the safety principles of the Motor Fleet Safety Manual, (4th Ed. 1996), prior training received, and other such standards.

That, for the foregoing defaults, Defendants, master and servant, are jointly and severally liable and answerable in tort for all proximately caused harm to the Plaintiff.

## DAMAGES

5. At the time of the accident, Christina L. Wright, was a healthy, active and industrious woman forty-six (46) years of age who worked as a truck driver for Bmb of Ripley, TN; that Plaintiff sues for the cervical disc injury that she suffered and other bodily injuries, all medical expenses that she incurred, which are in excess of $34,000.00, for her future medical expenses; for her pain and suffering, mental anguish, her lost wages in excess of $55,000.00, and for her impairment of her earning capacity, for her loss of enjoyment of life, and for her disability, temporary and permanent, which she sustained as a result of Defendants' negligence; that Plaintiff, Christina L. Wright will incur additional physical therapy, chiropractic, diagnostic, pharmaceutical and medical expenses for the foreseeable future.

6.  Plaintiff, Christina L. Wright, seeks judgment against Defendants for the damages claimed herein in the sum of Five Hundred Thousand ($500,000.00) Dollars; that a trial by jury is demanded herein in addition to Plaintiff's costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Christina L. Wright, seeks judgment against Defendants, Reveille Trucking, Inc. and Jose Palacios, jointly and/or severally, for Five Hundred Thousand ($500,000.00) Dollars; that a trial by jury is demanded herein plus her costs, and any other relief to which Plaintiff may hereafter be entitled.

Respectfully submitted,

HALLIBURTON & LEDBETTER

P. Mark Ledbetter   (TN #17637/AR #74175)
254 Court Avenue - Suite 305
Memphis, TN 38103
Ph: (901) 523-8153
Fax: (901) 523-8115
Attorney for Plaintiffs